BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 15-478 RS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND |
| v. | ) | [~~PROPOSED~~] |
| BARBARA LOZA, | ) | ORDER VACATING TRIAL DATE AND SETTING CHANGE OF PLEA DATE |
| Defendant. | ) | |

       The parties in this case currently are set to begin trial on December 12, 2016. They believe, however, that they will be able to resolve the case without a trial. As part of the negotiations, the parties have asked Pre-Trial Services to evaluate whether the defendant is a suitable candidate for participation in the Court's Conviction Alternatives Program. Pre-Trial is conducting that evaluation now. In order to allow Pre-Trial adequate time to complete its evaluation, and to avoid preparing for a trial that the parties believe will not be necessary, the parties ask that the Court set this matter for change of plea on December 13, 2016 at 2:30 p.m., and that the Court vacate the pre-trial conference date (November 16,

ORDER VACATING TRIAL AND SETTING CHANGE OF PLEA
CR 15-478 RS

1  2016) and the trial date (December 5, 2016).

2  SO STIPULATED.

3  DATED: October 28, 2016                    Respectfully submitted,

4                                              BRIAN J. STRETCH
                                               United States Attorney

6                                                    /s/
                                               FRANK J. RIEBLI
7                                              Assistant United States Attorney

9                                                /s/ Frank Riebli w/ permission
                                               GAIL SHIFMAN
10                                             Attorney for Barbara Loza

12     For the reasons stated above, the Court hereby vacates the pre-trial conference date and trial date

13  for defendant Barbara Loza. The parties will appear on December 13, 2016 at 2:30 p.m. for a change of

14  plea.

15  SO ORDERED.

16  DATED: October  28 , 2016

                                               HONORABLE RICHARD SEEBORG
17                                             United States District Court Judge

ORDER VACATING TRIAL AND SETTING CHANGE OF PLEA
CR 15-478 RS