GAIL SHIFMAN (State Bar No. 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, California 94115
Telephone: (415) 551-1500
Facsimile:  (415) 551-1502
Email:      gail@shifmangroup.com

Attorney for Defendant
BARBRA LOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 15-0478 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA HEARING DATE AND EXCLUDING TIME** |
| vs. | |
| BARBRA LOZA, | |
| Defendant. | |

The parties in this case currently are set for a change of plea hearing on December 13, 2016. As a part of the plea negotiations, the parties asked Pre-Trial Services to evaluate whether the defendant is a suitable candidate for participation in the Court's Conviction Alternatives Program. While this evaluation is on-going, additional time is needed to permit Pre-Trial Services to complete its assessment which is anticipated to be completed by the end of December, 2016. In order to allow Pre-Trial adequate time to complete its assessment, the parties ask that the Court vacate the currently set change of plea hearing on December 13, 2016 and continue this matter for change of plea on January 10, 2017 at 2:30 p.m..

STIPULATION & [PROPOSED] ORDER CONTINUING
CHANGE OF PLEA HEARING DATE AND EXCLUDING TIME                    1

The parties also agree that time should be excluded between December 5, 2016 and January 10, 2017 to ensure the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

Dated: December 6, 2016                                         Dated:  December 6, 2016

       /s/Gail Shifman                                                  /s/Frank J. Riebli

GAIL SHIFMAN                                                    FRANK J. RIEBLI
Attorney for Defendant                                          Assistant U.S. Attorney

[PROPOSED] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised,

IT IS ORDERED that the change of plea hearing set for December 13, 2016 shall be vacated and continued until January 10, 2017 at 2:30 p.m.

IT IS FURTHER ORDERED that the Court finds that the exclusion of time from December 5, 2016 through and including January 10, 2017 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 161(h)(7)(B)(iv).

Dated: December __7___, 2016

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER CONTINUING
CHANGE OF PLEA HEARING DATE AND EXCLUDING TIME                                        2