| | |
|---|---|
| 1   ALEX G. TSE (CABN 152348)<br>     Acting United States Attorney | FILED |
| 2 | FEB 1 2018 |
| 3   BARBARA J. VALLIERE (DCBN 439353)<br>     Chief, Criminal Division | SUSAN Y. ...<br>CLERK, U.S. ...<br>NORTHERN DISTRICT OF CALIFORNIA |

1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney

2

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division

4  LAURIE KLOSTER GRAY (MNBN 1053618)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6557
7      Facsimile:  (415) 436-6753
       Email: laurie.kloster.gray@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,        )  No. CR-15-478-WHO
                                    )
14       Plaintiff,                 )
                                    )  NOTICE OF DISMISSAL
15    v.                            )
                                    )
16 BARBRA LOZA,                     )
                                    )
17       Defendant.                 )
                                    )
18 _____

19
        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
   Attorney for the Northern District California dismisses the above indictment.
21
   DATED: February 1, 2018                    Respectfully submitted,
22
                                              ALEX G. TSE
23                                            Acting United States Attorney

24                                            /s/ B. Valliere
                                              _____
25                                            BARBARA J. VALLIERE
                                              Chief, Criminal Division
26

27

28

[~~PROPOSED~~] ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the above-captioned Indictment.

Date: 2-1-2018

WILLIAM ORRICK
United States District Judge